ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN - 2 2023
CLERK, U.S. DISTRICT COURT
By________ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

LORENA ARELLANO-AVILA (01)
RENE RODRIGUEZ (02)

No. 4:23-MJ-455

CRIMINAL COMPLAINT

Conspiracy to Possess a Controlled Substance with Intent to Distribute
(Violation of 21 U.S.C. 846)

In and around May 2023, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendants **Lorena Arellano-Avila** and **Rene Rodriguez**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. § 841(a)(1) and (b)(1)(A)).

I, Justin W. Guinn, a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), Dallas, Texas, being duly sworn, state:

1. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7) who is authorized by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code, Section 2516. I am currently employed by the Grand Prairie Police Department(GPD).

Since March 2015, I have been assigned to the Criminal Investigations Bureau, Special Investigations Unit (SIU). Before being assigned to SIU, the Affiant was a patrol officer for 4 years and was also assigned to the Dallas Police Department Narcotics Division Knock and Talk Task Force for 2 years. I am certified as a Master Peace Officer by the Texas Commission on Law Enforcement. I am currently assigned to the Drug Enforcement Administration (DEA), United States Department of Justice, as a Deputized Task Force Officer (TFO) and have been so assigned as such since May 2018. During my employment as both a Police Officer and a TFO, I have received extensive training in drug trafficking and financial investigations involving proceeds derived from the sale of controlled substances and manufacturing of controlled substances. I have used a variety of methods during drug-related investigations, including, but not limited to, visual surveillance, general questioning of witnesses, and the use of search warrants, confidential informants, undercover agents, pen registers/trap and trace devices, electronic mobile tracking/monitoring devices, and Title III wire and electronic interceptions. Based on my training and experience relating to the investigation of drug traffickers, and based upon interviews I conducted with defendants, informants, witnesses, and participants in drug trafficking activity, I am familiar with the ways drug traffickers conduct their business. My familiarity includes the various means and methods by which drug traffickers import and distribute drugs, their use of cellular telephones and calling cards to facilitate drug activity, and their use of numerical codes and code words to conduct drug transactions.

2. This affidavit is made in support of a criminal complaint against **Lorena ARELLANO-AVILA** and **Rene RODRIGUEZ** for a violation of 21 U.S.C. 841(a)(1) and (b)(1)(A), possession with the intent to distribute a controlled substance in the Northern District of Texas.

3. My knowledge of the facts alleged in this affidavit arises from my participation and observations in this investigation, my interviews of informants, and my review of reports prepared by investigators of the DEA Dallas Field Division and other participating law enforcement officers. Since this affidavit is limited to establishing probable cause, I have not included every fact known to me and other investigators. Rather, I am only submitting the facts necessary to establish probable cause that **Lorena ARELLANO-AVILA** and **Rene RODRIGUEZ** conspired with each other to possess methamphetamine with the intent to distribute.

4. In the month of May 2023, investigators with the DEA Dallas, Strike Force Group Two (SF2) initiated an investigation into a local narcotic trafficking cell operating out of the Fort Worth, Tarrant County, Texas, area. Intelligence received indicated that kilogram quantities of methamphetamine were being distributed from the residence located at XXX Springfield Street, Fort Worth, Tarrant County, Texas, 76112, (Hereinafter referred to as the "Target Location).

5. On May 31, 2023, investigators established physical surveillance of the Target Location in anticipation of observing a person departing the location with illegal narcotics. During the surveillance operation, at approximately 3:34 p.m., TFO Yager observed a silver 2006 Chevrolet Silverado, bearing Texas license plate KJJ8884 arrive at

the Target Location, driven by an unidentified female driver. A check of the vehicle's Texas license plate showed the vehicle registered to Rene Rodriguez at XXX Springfield Street, Fort Worth, Texas.

6. At approximately 6:43 p.m., TFO Yager observed an unidentified female, later positively identified as Lorena Arellano-AVILA enter the driver's side of the silver 2006 Chevrolet Silverado, bearing Texas license plate KJJ8884 and depart the Target Location northbound on Springfield Street. SA Michael Armendariz observed Arellano-Avila commit the traffic violation of failure to come to a complete stop, at the stop sign at the intersection of eastbound S Hampshire Boulevard, to northbound Winnie Street. SA Armendariz requested marked Fort Worth Police units to conduct a traffic stop of the vehicle for the observed violation. Arellano-Avila yielded to officers, coming to a stop at the stop sign in the 700 block of Winnie Street. Upon contact, officers stated the driver identified herself as Lorena Arellano-Avilla and produced a Mexican voter identification card bearing the same name. Officers stated that Arellano-Avilla provided verbal consent to search her vehicle. During the consensual search of the vehicle, officers located a drawstring bag that contained two plastic gallon-sized Ziploc bags with a blue seal containing a crystalline substance, suspected to be two kilograms of methamphetamine. Based on the officer's training and experience, they believed the substance to be methamphetamine. At that time, Arellano-Avilla was placed under arrest for the seized narcotics.

7. Subsequent to the seizure of the two kilograms of methamphetamine on the traffic stop, TFO Justin W. Guinn procured a State of Texas (Tarrant County) search warrant for the residence located at XXX Springfield Street, Fort Worth, Texas. The warrant was signed by Grand Prairie Magistrate Judge Bryan Arnold at 7:53 p.m.

8. At approximately 7:55 p.m., investigators executed the search warrant at the Springfield Street residence. Investigators encountered Rodriguez exiting the rear door of the residence, where he was detained. Multiple other families were encountered at the residence. While at the location, investigators determined Arellano-Avilla and Rodriguez are a married couple and have a shared bedroom in the residence. Inside the couple's bedroom, investigators located several kilogram-sized packages containing methamphetamine residue.

9. Arellano-Avilla and Rodriguez were transported to the Grand Prairie Police Department where both were held until being remanded to the custody of the United States Marshals Service (USMS).

10. In total, investigators seized approximately 3,003.8 grams of finished methamphetamine from the Chevrolet Silverado driven by Arellano-Avila, and approximately 54.3 grams of finished methamphetamine from the residence at 924 Springfield Street, Fort Worth, Texas. Special Agent (SA) Theodore Russell conducted a presumptive test of the suspected substances, which yielded positive results for traces of methamphetamine, as witnessed by SA Michael Armendariz.

11. Based on the above information, Affiant believes there is probable cause to believe that **Lorena ARELLANO-AVILA** and **Rene RODRIGUEZ** committed violations of 21 U.S.C. 846, conspiracy to possess methamphetamine with the intent to distribute.

______________________
Justin W. Guinn,
Task Force Officer, DEA

Sworn and subscribed to me on this 2nd day of June 2023, at 9:52 a.m., in Fort Worth, Texas.

______________________
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE